The Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| CASCADE IP CONSULTING, LLC, a Washington limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> KATHREIN USA, INC, KATHREIN HOLDING USA, INC., and KATHREIN INCORPORATED, <br><br> Defendants. | Case No.: 2:15-cv-00219-JLR <br><br> **STIPULATION AND ORDER OF DISMISSAL** <br><br> **NOTE ON MOTION CALENDAR:** **July 21, 2015** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their respective counsel, stipulate to the dismissal of this action as follows:

1. Plaintiff's claims against Defendants are dismissed with prejudice.

2. Defendants' counterclaims against Plaintiff are dismissed without prejudice.

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:15-cv-00219-JLR - 1

AMPACC LAW GROUP, PLLC
6100 219th Street Southwest, Suite 580
Mountlake Terrace, Washington 9804
TEL: 425.348-3500  FAX: 425.348.3299

3. All parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 21st day of July, 2015.

By: /s/ Steve Y. Cho
Steve Y. Cho, WSBA No. 24506
syc@ampacc.com
Stephanie C. Holmes, WSBA No. 43204
sch@ampacc.com
Yong Seong Kim, WSBA No. 47448
ysk@ampacc.com
AMPACC LAW GROUP, PLLC
6100 219th Street Southwest, Suite 580
Mountlake Terrace, Washington 98043
Tel: 425-348-3500

**Attorneys for Plaintiff**

By: /s/ Stuart R. Dunwoody
Stuart R. Dunwoody, WSBA #13948
Benjamin J. Byer, WSBA #38206
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206-622-3150
Email: stuartdunwoody@dwt.com
Email: benbyer@dwt.com

Scott A. Burow (Admitted *pro hac vice*)
Michael J. Harris (Admitted *pro hac vice*)
Victoria R.M. Webb (Admitted *pro hac vice*)
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel.: 312-463-5000
Email: sburow@bannerwitcoff.com
Email: mharris@bannerwitcoff.com
Email: vwebb@bannerwitcoff.com

**Attorneys for Defendants**

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:15-cv-00219-JLR - 2

AMPACC LAW GROUP, PLLC
6100 219th Street Southwest, Suite 580
Mountlake Terrace, Washington 9804
TEL: 425.348.3500  FAX: 425.348.3299

**ORDER**

Upon the foregoing stipulation, it is hereby

ORDERED as follows:

1. Plaintiff's claims against Defendants are dismissed with prejudice.

2. Defendants' counterclaims against Plaintiff are dismissed without prejudice.

3. All parties shall bear their own costs and attorneys' fees.

DATED this 22nd day of July, 2015.

JAMES L. ROBART
United States District Judge

Presented by:

By: /s/ Steve Y. Cho
Steve Y. Cho, WSBA No. 24506
Stephanie C. Holmes, WSBA No. 43204
Yong Seong Kim, WSBA No. 47448
AMPAAC Law Group, PLLC
6100 219th Street southwest, Suite 580
Mountlake Terrace, WA  98043
Tel: 425-348-3500
Email: syc@ampaac.com

Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:15-cv-00219-JLR - 3

AMPACC LAW GROUP, PLLC
6100 219th Street Southwest, Suite 580
Mountlake Terrace, Washington 9804
TEL: 425.348.3500  FAX: 425.348.3299

**CERTIFICATE OF SERVICE**

I, Steve Y. Cho, hereby certify that on the 21st day of July, 2015, I electronically filed the STIPULATION AND ORDER OF DISMISSAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for the Defendants.

Dated this 21st day of July, 2015.

By: /s/ Steve Y. Cho

Steve Y. Cho, WSBA No. 24506
syc@ampacc.com
AMPACC LAW GROUP, PLLC
6100 219th Street Southwest, Suite 580
Mountlake Terrace, Washington 98043
Telephone: 425.348-3500
Facsimile: 425.348.3299
**ATTORNEYS FOR PLAINTIFF
CASCADE IP CONSULTING, LLC**

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:15-cv-00219-JLR - 4

AMPACC LAW GROUP, PLLC
6100 219th Street Southwest, Suite 580
Mountlake Terrace, Washington 9804
TEL: 425.348-3500  FAX: 425.348.3299